# Court of Appeals
# of the State of Georgia

ATLANTA,__April 02, 2013____

*The Court of Appeals hereby passes the following order:*

## A13A1334.  BRYAN K. LEWIS v. THE STATE.

Bryan K. Lewis pled guilty to rape and other crimes.  In August 2010, in two separate criminal cases, the trial court entered judgments of conviction on Lewis's plea and sentenced him accordingly.[1]  In April 2012, Lewis filed a notice of appeal indicating his wish to appeal "the judgment of conviction and sentence" entered in both cases below.  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Lewis's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

Because Lewis was represented by counsel at the time of his guilty plea, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because of the failure to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction.  If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

---

[1] Shortly thereafter, Lewis moved to withdraw his guilty plea, but the trial court entered an order noting that he had abandoned the motion in open court.

The Clerk of Court is directed to send a copy of this order to Lewis as well as to Lewis's current attorney, and the latter is also directed to send a copy to Lewis.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 04/02/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*